THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin L. Brown, Appellant.
 
 
 

Appeal From Beaufort County
Roger M. Young, Circuit Court Judge
Unpublished Opinion No. 2008-UP-501
Submitted September 2, 2008  Filed
 September 5, 2008
AFFIRMED

 
 
 
 Appellate Defender Robert M. Pachak, South Carolina Commission on
 Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Deborah Shupe, all of Columbia; and Solicitor David M. Pascoe,
 Jr.,  of Summerville, for Respondent.
 
 
 

PER CURIAM:  Kevin L. Brown appeals his
 conviction for possession with intent to distribute crack cocaine.  Brown
 contends the court erred in allowing the State to amend his indictment because
 the amendment changed the nature of the charge against him.  We affirm[1] pursuant to Rule 220(b), SCACR, and
 the following authority: State v. Gentry, 363 S.C. 93, 102-03, 610 S.E.2d 494, 500 (2005) (holding the indictment
 is a notice document which is sufficient if (1) it states the offense charged
 with sufficient certainty and particularity to enable the court to know what
 judgment to pronounce, and for the defendant to know what he is called upon to
 answer, and (2) it apprises the defendant of the elements of the offense
 intended to be charged). 
AFFIRMED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.